No. 25-1884

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

KOTIS ASSOCIATES, LLC, KOTIS HOLDINGS, LLC, WESTOVER TERRACE II, LLC,
*Plaintiffs-Appellees*,

v.

UNITED STATES,
*Defendant-Appellant*.

Appeal from the United States Court of Federal Claims
No. 1:20-cv-932 (Hon. Loren A. Smith)

**OPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

The United States hereby moves for a 60-day extension of time in which to file its brief. The brief currently is due on September 24, 2025, and would be due on November 24, 2025, if the motion were granted.

I have consulted counsel for Appellees and have been informed that they oppose this extension request. This motion is based upon the attached declaration of the undersigned.

Respectfully submitted,

*s/ Christopher Anderson*
ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
CHRISTOPHER ANDERSON
Attorney
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7415
Washington, DC 20044
(202) 598-1971
christopher.anderson3@usdoj.gov

September 17, 2025
DJ 90-1-23-16101

No. 25-1884

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

KOTIS ASSOCIATES, LLC, KOTIS HOLDINGS, LLC, WESTOVER TERRACE II, LLC,
*Plaintiffs-Appellees*,

v.

UNITED STATES,
*Defendant-Appellant*.

Appeal from the United States Court of Federal Claims
No. 1:20-cv-932 (Hon. Loren A. Smith)

**DECLARATION OF CHRISTOPHER ANDERSON**

I, Christopher Anderson, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney in the Appellate Section, Environment and Natural Resources Division ("Division"), United States Department of Justice. I am the lead attorney representing the United States in this matter, and I am principally responsible for preparing the briefs in this appeal.

2. This appeal was docketed on June 26, 2025. Following one 30-day extension, the United States' opening brief is currently due September 24, 2025.

1

3.     The United States requests a 60-day extension of time, to November 24, 2025, for filing its brief.

4.     The United States cannot pursue its appeal absent the authorization of the Solicitor General of the United States. *See* 28 C.F.R. § 0.20(b). As of the date of this declaration, the Solicitor General has not yet decided whether to authorize this appeal, and I am informed that the Office of the Solicitor General requires further time to consider whether to appeal in this case, which concerns questions regarding application of section 8(d) of the Trail Act, 16 U.S.C. § 1247(d), that could have implications for private property rights and the liability of the United States. The requested extension will allow sufficient time for thoughtful consideration regarding whether and what issues to appeal, which is desirable as a matter of public policy. *See United States v. Mendoza*, 464 U.S. 154, 161 (1984) (discussing the federal government's unique considerations taken into account by the Solicitor General in deciding whether to appeal adverse decisions).

5.     Additionally, substantial time is required for review and approval of the United States' brief by the Surface Transportation Board, affected components of the Department of Justice, and the Office of the Assistant Attorney General for the Environment and Natural Resources Division. Because of this lengthy review process, the United States' brief must be substantially complete well in advance of the filing date.

6.    Further, I require additional time to prepare the United States' brief and appendix designations due to my responsibilities for preparing briefs and presenting argument on behalf of the government in other matters. To date, I have been unable to devote substantial time to the preparation of the government's brief in this case due to the need to complete briefing in other cases, including *Public Employees for Environmental Responsibility v. Zeldin* (D.C. Cir. No. 24-5294) (answering brief filed August 22, 2025) and *Friends of Animals v. Fish and Wildlife Service* (D.C. Cir. No. 24-5278) (opening brief filed July 2, 2025; reply brief filed September 3, 2025). Additionally, I am responsible for two merits briefs due in early October: *G.B. v. United States* (9th Cir. No. 25-2473) (answering brief due October 3, 2025) and *Center for Food Safety v. EPA* (9th Cir. No. 25-437) (answering brief due October 8, 2025). I am also responsible for presenting oral argument on October 27, 2025, in *Berkey International, LLC v. Zeldin* (1st Cir. No. 24-1917) and, as lead counsel for the United States, in assisting with preparation for argument on October 30, 2025, in *Beyond Nuclear, Inc. v. Nuclear Regulatory Commission* (D.C. Cir. No. 24-1318). Attorney resources in the Environment and Natural Resources Division Appellate Section are currently very limited, and reassignment of this case is not feasible. Additional time will allow me to prepare a thorough brief of the high quality that the Court expects from briefs filed by the

3

Department of Justice, which will benefit the Court in its consideration of this appeal.

7. The above-described factors will prevent me from completing preparation and filing of the United States' brief in this matter by the current deadline. The requested extension will allow for the orderly conduct of the Solicitor General's review, preparation of the brief, and the United States' consultation and review process. I will work diligently to ensure that no further extension of time will be needed.

8. By email of September 15, 2025, Lindsay S.C. Briton, counsel for Plaintiffs-Appellees, informed me that her clients oppose the requested extension.

I certify, under penalty of perjury, that the foregoing is true and correct. Executed on this 17th day of September, 2025, in Washington, D.C.

                                          Respectfully submitted,

                                          *s/ Christopher Anderson*
                                          CHRISTOPHER ANDERSON
                                          Attorney
                                          Environment & Natural Resources Division
                                          U.S. Department of Justice
                                          P.O. Box 7415
                                          Washington, DC 20044
                                          (202) 598-1971
                                          christopher.anderson3@usdoj.gov

## CERTIFICATE OF COMPLIANCE

This motion contains 66 words, excluding the parts of the motion exempted by Federal Circuit Rule 27(d), and accordingly complies with the length limit in Federal Rule of Appellate Procedure 27(d)(2)(A).

This motion complies with the requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6), per Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

 *s/ Christopher Anderson*
CHRISTOPHER ANDERSON

Counsel for the United States