No. 25-1884

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

**KOTIS ASSOCIATES, LLC, KOTIS HOLDINGS, LLC, WESTOVER TERRACE II, LLC,**
*Plaintiffs-Appellees,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

Appeal from the United States Court of Federal Claims
No. 1:20-cv-00932-LAS (Hon. Loren A. Smith)

**APPELLEES' OPPOSITION TO APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF**

On September 17, 2025, the United States, Appellant in this matter, moved this Court for a sixty (60) day extension of time to file its principal brief, seeking to extend the deadline, currently Wednesday, September 24, 2025, to Monday, November 24, 2025 (the "Second Motion"). Appellees Kotis Associates, LLC; Kotis Holdings, LLC; and Westover Terrace II, LLC (collectively, the "Appellees") oppose the Second Motion, and file this brief Opposition to provide its basis for opposition.

Appellees filed suit in the lower court based upon an uncompensated taking by the United States on October 11, 2019—almost six years ago. The lower court issued its Judgment, in favor of the Appellees and against the United States, on April 23, 2025. The United States filed its Notice of Appeal on Friday, June 20, 2025—the final weekday prior to the sixty (60) day deadline under Rule 4. This Court set the deadline for the Appellant's brief for August 25, 2025.

On August 18, 2025, the United States filed its first Motion for Extension of Time to File Brief (the "First Motion"), seeking a thirty (30) day extension from August 25, 2025 to September 24, 2025. As noted in that First Motion, Appellees did not oppose the request. As indicated in the Declaration from counsel for the United States attached to the First Motion, three factors served as the basis for the request for additional time:

- The United States requiring approval from the Solicitor General;
- Obligations in other cases and diminished attorney resources within the Appellate Section; and
- Time required for "review and approval" by various agencies.

The United States received its extension, extending the deadline for its principal brief to September 24, 2025.

The United States' latest request seeks a further sixty (60) days. As with the First Motion, the Declaration attached to the Second Motion includes the same bases

for additional time. The United States has reiterated its need to receive authorization from the Solicitor General of the United States, the need for review by multiple parties within the federal government, and time commitments in other matters.

While Appellees are cognizant of the requirements for authorization, the need for review, and the obligations placed upon counsel for the United States with limited resources within the Appellate Section, the newly requested deadline of November 24, 2025, is just over seven months after the lower court issued its Judgment in this matter. Further extensions (particularly an additional sixty days) place zero pressure on the United States to get timely authorization from the Solicitor General or seek necessary review from relevant agencies.

Instead, it causes substantial and continuing prejudice to the Appellees. As noted, the taking in this case occurred almost six years ago. The United States has refused to compensate Appellees for this taking and has continued to frustrate Appellees' right to the just compensation provided by the Fifth Amendment to the Constitution. Appellees respectfully request the United States is ordered to proceed with the current deadlines and finally resolve this matter. Further, the lower Court awarded damages for this delay between the government's taking and the Court's judgment. Every day this appeal is delayed, those damages increase. Therefore, it is not only in the best interest of the Appellees, but also the United States, to see that this case is presented to this Court in a timely and expeditious manner.

For these reasons, Appellees oppose the United States' Second Motion.

Dated: <u>September 18, 2025</u>

Respectfully submitted,

**LEWIS RICE, LLC**

<u>/s/ Lindsay S.C. Brinton</u>
　　Lindsay S.C. Brinton
　　Meghan S. Largent
　　Michael Armstrong
　　600 Washington Ave., Suite 2500
　　St. Louis, Missouri 63101
　　(314) 444-7723
　　(314) 612-7723 (fax)
　　lbrinton@lewisrice.com

*Attorneys for Plaintiffs*

# **CERTIFICATE OF COMPLIANCE**

The foregoing Opposition contains 568 words, excluding the parts of the motion exempted by Federal Circuit Rule 27(d), and accordingly complies with the length limit in Federal Rule of Appellate Procedure 27(d)(2)(A).

This foregoing Opposition complies with the requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6), per Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

*/s/ Lindsay S.C. Brinton*
Lindsay S.C. Brinton

Attorney for Appellees