FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

CORRECTED    **ENTRY OF APPEARANCE**

**Case Number:** 25-1884

**Short Case Caption:** Kotis Associates, LLC v. US

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

MISSOURI FARM BUREAU FEDERATION, ILLINOIS AGRICULTURAL ASSOCIATION, IDAHO FARM BUREAU FEDERATION, OREGON FARM BUREAU, OHIO FARM BUREAU FEDERATION, WYOMING FARM BUREAU FEDERATION, MOUNTAIN STATES LEGAL FOUNDATION, AND PACIFIC LEGAL FOUNDATION, AS AMICI CURIAE

| **Principal Counsel:** Mark S. Wigley | Admission Date: 4/10/2024 |
|---|---|
| Firm/Agency/Org.: Ward and Smith, P.A. | |
| Address: Post Office Box 33009 Raleigh, NC 27636-3009 | |
| Phone: 919.277.9100 | Email: MSWigley@wardandsmith.com |
| **Other Counsel:** Christopher S. Edwards | Admission Date: 8/4/2021 |
| Firm/Agency/Org.: Ward and Smith, P.A. | |
| Address: PO Box 7068 Wilmington, NC 28406-7068 | |
| Phone: 910.794.4800 | Email: CSEdwards@wardandsmith.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 4/13/26

Signature: /s/ Mark S. Wigley

Name: Mark S. Wigley

**FORM 8A. Entry of Appearance**                          **Form 8A (p.2)**
                                                          **July 2020**

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Kathryn D. Valois | Admission Date: 6/10/2024 |
|---|---|
| Firm/Agency/Org.: Pacific Legal Foundation | |
| Address: 4440 PGA Boulevard, Suite 307, Palm Beach Gardens, LF 33410 | |
| Phone: 561.691.5000 | Email: KValois@pacificlegal.org |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |